# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

vs.

Christopher DURHAM          Docket No.: 3:94CR138-07

### ORDER ON SEIZED PROPERTY

On June 06, 1995, Christopher Durham received a sentence of 60 months imprisonment to be followed by five (5) years Supervised Release in U.S. District Court, Charlotte, North Carolina for the offense of Distribution of Cocaine, in violation of 21 U.S.C. § 846. On August 17, 1999, the defendant was released to the term of Supervised Release. On January 31, 2003, authorities of the U.S. Probation Office conducted a search of the defendant's residence located at 3400 Cardiff Ave. Charlotte, North Carolina, and the following items were seized: $245 in U.S. Currency and a quantity of marijuana with rolling papers. Based on the contraband seized at the residence, the defendant's Supervised Release term was revoked on May 19, 2003 in U.S. District Court and a sentence of eleven (11) months imprisonment was imposed.

Because the defendant was never formally charged with a new law violation, it is ordered that the U.S. Probation Office attempt to locate the defendant and, if successful, return the $245 to the defendant's custody. However, if unsuccessful, it is ordered that the currency previously seized at this defendant's residence be turned over to authorities of the Charlotte Mecklenburg Police Department's Training Academy, where it will be utilized by local law enforcement officials for authorized training activities. It is further ordered that all other materials seized at the defendant's residence be destroyed.

This the 2nd of March 2006.

Richard L. Voorhees
Chief U.S. District Judge

# Western District of North Carolina
## Property Report

| 1. Property Status | 2. Control Number | 3. Search Number |
|---|---|---|
| ☑ Evidence ☐ Found ☐ Asset Forfeiture ☐ OTHER (Explain) | | |

| 4. Date/Time Impounded | 5. Person Impounded From | 6. Location Impounded From |
|---|---|---|
| 1/31/03 | | |

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau Shelf No. Bin No. |
|---|---|---|---|
| Chris Dunham | 3400 Cardiff Ave, Chax, NC 28205 | (704) 530-6308 | Vault |

| 11. Property Finder's Name | | 11. Property Finder's Address | 11. Property Finder's Phone # |
|---|---|---|---|

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| #1 | Brown Zip Bag | 1 | | | | Black/Brn | | Scales - bag of green vegetable material RTP Swishers Blnt top of dresser |
| #2 | US Currency | $245.00 | | | | | | 4-20's 11-10's 5-5's RTR Swishers blm top of dresser |
| #3 | Ziploc Bag | 1 | | | | | | Ziploc bag of green vegetable material |
| #4 | Zip baggies | 2 | | | | | | 2 baggies w/ green vegetable material |
| #5 | 3 unsmoked cigarettes, 4 partially smoked cigarettes, 1 baggie w/ residue, 2 cut-straws w/ residue, 1 pack Tops Rolling papers | | | | | | | |
| #6 | 1 baggie w/ clear liquid | | | | | | | |

23. Assignment

| 24. Offense Involved | 25. Investigator/Officer Assigned to Case | 26. Laboratory Examination ☐ Yes ☐ No | Does evidence listed above relate to any case other than one identified by block 3 ☐Yes ☐No |
|---|---|---|---|
| TSR Violation | X Lisa G. Norris | | |

| 28. Search | # of Related Case | 29. Office | 30. Impounding Officer's Printed Name | 31. Code No. | 32. Impounding Officer's Signature / Date |
|---|---|---|---|---|---|
| | | | Lisa G. Norris | | Lisa D. Norris |

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.
Signature _____

| 34. Received by | 35. Reason | 36. Date/Time | 34. Received by | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| Chillat | Storage | 5-8-03 | | | |
| Brian Hopkins | Court | 5-14-03 8AM | | | |
| Chillat | Storage | 5-19-03 | | | |

| 37. Court Disposition: ☐ Confiscate and/or Destroy ☐ Return to Owner ☐ Hold by Court | 38. Released to Clerk of Court: Item Numbers 1,3,4,5,6 | 39. Auctioned: Item Numbers | 40. Released To Clerk of Court: | 41. Destroyed: |
|---|---|---|---|---|
| Judge's Signature / Date | Clerk of Courts Signature / Date | Employee's Signature / Date | Owner's/Finder's Signature / Date | Witness's Signature / Date |

LNCW SET 7 9/98   Original - File   Yellow - Search Coordinator   Pink - USPO   Goldenrod - Offender